## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Stanford Wilson | CHAPTER 13

BKY. NO. 19-10423 REF

<u>Debtor</u>

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of Fay Servicing as servicer for U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE FOR CVI XX MORTGAGE LOAN TRUST I and index same on the master mailing list.

Respectfully submitted,
**/s/ Rebecca A. Solarz, Esq**
Rebecca A Solarz, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322