# UNITED STATES BANKRUPTCY COURT
### Eastern DISTRICT OF Pennsylvania

**In Re:**                                                              Case No. 19-10423

                                                                        Claim No. : 2

   STANFORD WILSON

   Debtor(s)

## NOTICE OF CREDITOR CHANGE OF ADDRESS

The creditor **U.S. Bank Trust National Association, as Trustee for CVI XX Mortgage Loan Trust I** in the above entitled case hereby requests that the mailing address pertaining to NOTICES AND PAYMENTS, listed in the above stated case be changed.

**Address where Notices to the creditor be sent:**

| From | To |
|---|---|
| Fay Servicing, LLC | Fay Servicing, LLC |
| 3000 Kellway Drive, Suite 150 | PO Box 814609, |
| Carrollton, TX 75006 | Dallas, TX 75381-4609 |

**Address where Payments to the creditor be sent:**

| From | To |
|---|---|
| Fay Servicing, LLC | Fay Servicing, LLC |
| 3000 Kellway Drive, Suite 150 | PO Box 814609, |
| Carrollton, TX 75006 | Dallas, TX 75381-4609 |

/s/ Ashish Rawat

Date: 06/24/2019        Creditor's Authorized Agent for Fay Servicing, LLC