## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | CHAPTER 13 |
| | : | |
| **STANFORD WILSON,** | : | |
| | : | **BANKRUPTCY NO. 19-10423** |
| | : | |
| **Debtor.** | : | |
| | : | |

**HEARING TO BE HELD:**
**Date:** AUGUST 22, 2019
**Time:** 11:00 a.m.
**Place:** United States Bankruptcy Court
Eastern District of PA
The Madison Building
Courtroom # 1
400 Washington Street
Reading, PA 19601

### NOTICE OF HEARING

Alaine V. Grbach, Esquire, Attorney for the above Debtor, has filed a **Motion to Sell 4064 Columbia Avenue, Columbia, PA 175012 Free and Clear of all Liens and Encumbrances** with the Court. Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult an attorney.

**1.** If you do not want the court to grant the relief sought in the application or if you want the court to consider your views on the application, then on or before August 15, 2019 , you or your attorney must do

**ALL** of the following:

File an answer explaining your position at:
United States Bankruptcy Court
Eastern District of PA
The Madison Building
400 Washington Street
Reading, PA 19601

If you mail your answer to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

**(b)** Mail a copy to the Movant's attorney:
Alaine V. Grbach, Esquire
675 Estelle Drive
Lancaster, PA 17601
(717) 399-8420; fax: 866-928-4707

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) and attend the hearing, the court may enter an order granting the relief requested in the application.

3. A hearing on the application is scheduled to be held before the Honorable Ashely M. Chan, United States Bankruptcy Judge on August 22, 2019, at 11:00 a.m., in the United States Bankruptcy Court, Eastern District of PA, The Madison Building, 400 Washington Street, Courtroom # 1, Reading, PA  19601.

4. If a copy of the application is not enclosed, a copy of the application will be provided to you if you are on the Clerk's Service List and you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at (610)208-5040 to find out whether the hearing has been canceled because no one filed an answer.

**DATE:  July 26, 2019**