# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 13** |
| | : | |
| STANFORD WILSON, | : | **BANKRUPTCY NO. 19-10423** |
| | : | |
| **Debtor**   . | : | |
| | : | |

### CERTIFICATE OF NO RESPONSE WITH RESPECT TO
### MOTION TO SELL 4064 COLUMBIA AVENUE, COLUMBIA, PENNSYLVANIA

I, Alaine V. Grbach, Esquire, hereby certify that the requisite time during which parties in interest had to answer or object to the above Motion, after service thereon, exclusive of the date of service, have expired and no answer or objection has been filed and/or served upon undersigned Moveant.

                                Respectfully submitted,

**DATED: AUGUST 20, 2019**                    **/s/ Alaine V. Grbach, Esquire**
                                                        Alaine V. Grbach, Esquire
                                                        Counsel to Debtor
                                                        675 Estelle Drive
                                                        Lancaster, PA 17601
                                                        (717)898-8402 - telephone
                                                        866-928-4707 - facsimile
                                                        I.D. No.: 45485