## ADDENDUM TO AGREEMENT OF SALE

DATE EFFECTIVE:        JULY 31, 2019
PROPERTY:              4064 COLUMBIA AVENUE, COLUMBIA, PA 17512
SELLER:                STANFORD WILSON
PURCHASER:             RGSS LLC
DATE OF AGREEMENT:     JULY 24, 2019

Seller and Purchaser, intending to be legally bound, do hereby agree to the following, as of the effective date set forth above, with respect to the above-referenced Agreement of Sale:

1. Seller and Purchaser agree that the Closing Date set forth in Paragraph 12 of the Agreement of Sale shall be deleted and replaced with **September 12, 2019**.

4. This Addendum shall supersede, prevail, and be construed over any and all addenda or modifications to the Agreement of Sale previously entered into by and between the parties.

5. All other terms and conditions of the Agreement shall remain unchanged and in full force and effect.

WITNESS:                                    SELLER:

_____                   _____
                                            Stanford Wilson

WITNESS:                                    PURCHASER:
                                            RGSS LLC

_____                   _____
                                            By: Pardeep K. Bagri, Member

_____                   _____
                                            By: Kamal Preet K. Bagri, Member