# A. Settlement Statement (HUD-1)

OMB Approval No. 2502-0265

Produced by WWW.HUD-1.COM

| B. Type of Loan | | | |
|---|---|---|---|
| 1. __ FHA    2. __ RHS    3. __ Conv. Unins.<br>4. __ VA     5. __ Conv. Ins. | 6. File Number: | 7. Loan Number: | 8. Mortgage Insurance Number: |

**C. NOTE:** This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| D. NAME AND ADDRESS OF BUYER(S):<br>RGSS LLC By: Pardeep K. Bagri, Member<br>RGSS LLC By: Kamal Preet K. Bagri, Member<br>4039 Columbia Avenue<br>Columbia, PA 17512 | E. NAME, ADDRESS & TIN OF SELLER(S):<br>Stanford Wilson<br>4064 Columbia Avenue    TIN:<br>Columbia, PA 17512 | F. NAME AND ADDRESS OF LENDER:<br>N/A |
|---|---|---|
| G. PROPERTY LOCATION:<br>4064 Columbia Avenue<br>Columbia, PA 17512 | H. SETTLEMENT AGENT:<br>Mark L. Blevins, Esquire<br>Passport Title Services LLC | PLACE OF SETTLEMENT:<br>Law Offices of Mark L. Blevins<br>701 Penn Grant Road<br>Lancaster, PA 17602 |
| | I. SETTLEMENT DATE: September 12, 2019<br>DISBURSEMENT DATE: September 12, 2019 | |

| J. SUMMARY OF BUYER'S TRANSACTIONS | | K. SUMMARY OF SELLER'S TRANSACTIONS | |
|---|---|---|---|
| **100. GROSS AMOUNT DUE FROM BUYER** | | **400. GROSS AMOUNT DUE TO SELLER** | |
| 101. Contract Sales Price | 185,000.00 | 401. Contract Sales Price | 185,000.00 |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement Charges to Borrower (line 1400) | 2,084.25 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| **Adjustments for items paid by seller in advance** | | **Adjustments for items paid by seller in advance** | |
| 106. City/Town taxes    9/12/2019 to 12/31/2019 | 159.83 | 406. City/Town taxes    9/12/2019 to 12/31/2019 | 159.83 |
| 107. County taxes    9/12/2019 to 12/31/2019 | 101.57 | 407. County taxes    9/12/2019 to 12/31/2019 | 101.57 |
| 108. School Taxes 9/12/2019 to 6/30/2020 | 2,422.86 | 408. School Taxes 9/12/2019 to 6/30/2020 | 2,422.86 |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. AMOUNT DUE FROM BUYER** | **189,768.51** | **420. AMOUNT DUE TO SELLER** | **187,684.26** |
| **200. AMOUNTS PAID BY OR IN BEHALF OF BUYER** | | **500. REDUCTIONS IN AMOUNT DUE TO SELLER** | |
| 201. Deposit or earnest money | | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | | 502. Settlement charges to seller (ln 1400) | 4,967.98 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff first mortgage loan | 149,910.33 |
| 205. | | 505. Payoff second mortgage loan | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| **Adjustments for items unpaid by seller** | | **Adjustments for items unpaid by seller** | |
| 210. City/Town taxes | | 510. City/Town taxes | |
| 211. County taxes | | 511. County taxes | |
| 212. | | 512. | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. TOTAL PAID BY/FOR BUYER** | | **520. TOTAL PAID TO/FROM SELLER** | **154,878.31** |
| **300. CASH AT SETTLEMENT FROM/TO BUYER** | | **600. CASH AT SETTLEMENT TO/FROM SELLER** | |
| 301. Gross amount due from buyer (line 120) | 189,768.51 | 601. Gross amount due to seller (line 420) | 187,684.26 |
| 302. Less amounts paid by/for buyer (line 220) | | 602. Less reduction in amt due seller (line 520) | 154,878.31 |
| **303. CASH FROM BUYER** | **189,768.51** | **603. CASH TO SELLER** | **32,805.95** |

The public Reporting Burden for this collection of information is estimated at 35 minutes per response for collecting, reviewing, and reporting the data. This agency may not collect this information, and you are not required to complete this form, unless it displays a currently valid OBM control number. No confidentiality is assured; this disclosure is mandatory. This is designed to provide the parties to a RESPA covered transaction with information during the settlement process.

## L. SETTLEMENT CHARGES

| | | PAID FROM BUYER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|
| **700.** | **TOTAL REAL ESTATE BROKER'S FEES** | | |
| | Division of commission (line 700) as follows: | | |
| 701. | $                to | | |
| 702. | $                to | | |
| 703. | Commission paid at settlement | | |
| 704. | | | |
| **800.** | **ITEMS PAYABLE IN CONNECTION WITH LOAN** | | |
| 801. | Our Origination Charge  $ | | |
| 802. | Your credit or charge (points) for the specific interest rate chosen $ | | |
| 803. | Your adjusted origination charges | | |
| 804. | Appraisal Fee to | | |
| 805. | Credit Report to | | |
| 806. | Tax Service to | | |
| 807. | Flood Certification to | | |
| 808. | | | |
| 809. | | | |
| 810. | | | |
| 811. | | | |
| 812. | | | |
| 813. | | | |
| 814. | | | |
| **900.** | **ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE** | | |
| 901. | Daily interest charges from  to  @ $ | | |
| 902. | Mortgage Insurance Premium for  months to | | |
| 903. | Homeowner's insurance  years to | | |
| 904. | | | |
| 905. | | | |
| **1000.** | **RESERVES DEPOSITED WITH LENDER** | | |
| 1001. | Initial deposit for your escrow account | | |
| 1002. | Homeowner's Insurance   months @ $  per month         $ | | |
| 1003. | Mortgage Insurance   months @ $  per month              $ | | |
| 1004. | Property Taxes   months @ $  per month                      $ | | |
| 1005. |    months @ $  per month                                               $ | | |
| 1006. |    months @ $  per month                                               $ | | |
| 1007. |    months @ $  per month                                               $ | | |
| 1008. |    months @ $  per month                                               $ | | |
| 1009. | Aggregate Adjustment                                                   - $ | | |
| **1100.** | **TITLE CHARGES** | | |
| 1101. | Title Services and Lender's Title Insurance  $ | | |
| 1102. | Settlement or Closing Fee                                             $ | | |
| 1103. | Owner's Title Insurance | | |
| 1104. | Lender's Title Insurance                                               $ | | |
| 1105. | Lender's Title Policy Limit $ | | |
| 1106. | Owner's Title Policy Limit  $ 185,000.00 | | |
| 1107. | Agent's Portion of the Total Title Insurance Premium    $ | | |
| 1108. | Underwriter's Portion of the Total Title Insurance Premium    $ | | |
| 1109. |                                                                                       $ | | |
| 1110. |                                                                                       $ | | |
| 1111. |                                                                                       $ | | |
| 1112. |                                                                                       $ | | |
| 1113. |                                                                                       $ | | |
| **1200.** | **GOVERNMENT RECORDING AND TRANSFER CHARGES** | | |
| 1201. | Government Recording Charges | 70.25 | |
| 1202. | Deed $ 70.25        ; Mortgage $              ; Release $ | | |
| 1203. | Transfer Taxes | 1,850.00 | 1,850.00 |
| 1204. | City/County Tax/Stamps:    Deed $             ; Mortgage $ | | |
| 1205. | State Tax/Stamps:        Deed $  3,700.00    ; Mortgage $ | | |
| 1206. |                                                                                       $ | | |
| 1207. |                                                                                       $ | | |
| **1300.** | **ADDITIONAL SETTLEMENT CHARGES** | | |
| 1301. | Required Services You Can Shop For | | |
| 1302. | 2019-2020 School Taxes to Hempfield School District          $ | | 3,038.98 |
| 1303. | Tax Certifications to Passport Title Services                      $ | | 65.00 |
| 1304. | Deed Preparation to Mark L. Blevins, Esquire                  $ | 150.00 | |
| 1305. | Notary Fees to Mark L. Blevins, Esquire                          $ | 14.00 | 14.00 |
| 1306. |                                                                                       $ | | |
| 1307. |                                                                                       $ | | |
| 1308. |                                                                                       $ | | |
| **1400.** | **TOTAL SETTLEMENT CHARGES (enter on lines 103, Section J and 502, Section K)** | **2,084.25** | **4,967.98** |

SEE ADDENDUM FOR CERTIFICATION AND SIGNATURES

**CERTIFICATION**

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.
Company Name: RGSS LLC

Buyer: _____  Seller: _____
RGSS LLC By: Pardeep K. Bagri, Member           Stanford Wilson

Buyer: _____
RGSS LLC By: Kamal Preet K. Bagri, Member

To the best of my knowledge, the HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

Settlement Agent: _____  Date: September 12, 2019
Mark L. Blevins, Esquire
Passport Title Services LLC

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.