United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Stanford Wilson  
       Debtor

Case No. 19-10423-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: PaulP     Page 1 of 1     Date Rcvd: Aug 22, 2019  
                      Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2019.  
db          #+Stanford Wilson,    4064 Colummbia Avenue,    Columbia, PA 17512-9209

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2019                                       Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2019 at the address(es) listed below:  
           ALAINE V. GRBACH    on behalf of Debtor Stanford  Wilson avgrbach@aol.com  
           LAUREN BERSCHLER KARL    on behalf of Creditor    U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE FOR CVI XX MORTGAGE LOAN TRUST I lkarl@rascrane.com  
           REBECCA ANN SOLARZ    on behalf of Creditor    U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE FOR CVI XX MORTGAGE LOAN TRUST I bkgroup@kmllawgroup.com  
           ROLANDO  RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com, ecf_frpa@trustee13.com  
           SCOTT  WATERMAN    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFmail@fredreiglech13.com, ecf_frpa@trustee13.com  
           SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com  
           United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                                       TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | CHAPTER 13 |
| | : | |
| STANFORD WILSON, | : | BANKRUPTCY NO. 19-10423 |
| | : | |
| **Debtor.** | : | |
| | : | |

### ORDER

**AND NOW,** upon consideration of the Motion of Stanford Wilson, (the "Debtor"), for Authority to: (1) Sell Residential Real Property Located at 4064 Columbia Avenue, Columbia PA 17512 (the "Property") Free and Clear of all Liens, Claims and Encumbrances Pursuant to 11 U.S.C. § 363 (the "Motion"), and after notice to creditors and parties in interest; it is hereby

**ORDERED,** that the Motion is **GRANTED**; it is further

**ORDERED,** that pursuant to 11 U.S.C. § 363(b) and by the issuance of this Order, the Debtor is authorized, empowered and directed to execute and deliver the necessary documents to transfer and sell the Property to RGSS LLC, . (the "Purchaser") for the purchase price of $185,000.00 pursuant to the terms and conditions of the Agreement of Sale (the "Agreement of Sale") attached to the Motion as Exhibit "A" (if there is any inconsistency between the Agreement of Sale and this Order, this Order shall control); it is further

**ORDERED,** that the Debtor be and hereby is permitted to sell the Property to the Purchasers, free and clear of any and all liens, claims, security interests, mortgages, pledges, charges, indentures, loan agreements, options, rights of first refusal, offsets, recoupments, rights of recovery, judgments, orders and decrees of any court or governmental entity, interest, successor, products, tax and other liabilities and claims against the Debtor or his property, of any kind or nature, whether secured or unsecured, choate, or inchoate, filed or unfiled, scheduled or

unscheduled, notice or unnoticed, recorded or unrecorded, contingent or noncontingent, liquidated or unliquidated, matured or unmatured, known or unknown (collectively, the "Liens and Claims") except for the First Mortgage held by U. S. BANK TRUST NATIONAL ASSOCIATION, which shall be paid, in full, at time of closing on the Property; it is further

**ORDERED,** that the Liens and Claims shall attach to the proceeds of sale described herein, to the extent and with the priorities provided under applicable non-bankruptcy law, as such laws may be modified by the Bankruptcy Code; it is further

**ORDERED,** that the transfer of the Property to the Purchasers constitutes a legal, valid and effective transfer of the Property and shall vest the Purchasers with all right, title and interest of the Debtor in and to the Property, free and clear of all Liens and Claims; it is further

**ORDERED,** that the Purchase Price provided by the Purchasers for the Property is fair and reasonable. The Purchase Price was negotiated, proposed and entered into without collusion, in good faith and from an arm's length bargaining position "within the meaning of § 363(f) of the Bankruptcy Code and *In re Abbotts Dairies of Pennsylvania, Inc.*, 788 F.2d 142 (3rd Cir. 1986)"; it is further

**ORDERED,** at closing on the Property, the Debtor is authorized to distribute the proceeds from the sale of the Property as follows:

(a) First, the amount needed to satisfy and pay, in full, any and all municipal liens due the applicable governmental authorities;

(b) Second, the sum of $149,910.33 to U.S. BANK TRUST NATIONAL ASSOCIATION, representing the balance owed on the First Mortgage on the property;

2

  (c) Third, the sum of $23,675.00 to Debtor, representing Debtor's Section 522(d)(1) Exemption as to the Property; and

  (d) The balance to Debtor's Trustee, Scott Waterman, Esquire

**BY THE COURT:**

Date: August 22, 2019

_____
HONORABLE ASHELY M. CHAN,
U.S. BANKRUPTCY JUDGE

3