# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  Stanford Wilson                                                                 Case No.  19-10423
                                              Debtor(s)                                Chapter   13

## Notice of Change of Address

Debtor's Social Security Number:              xxx-xx-6997

**My (Our) Former Mailing Address and Telephone Number was:**

Name:                Stanford Wilson

Street:              4064 Colummbia Avenue

City, State and Zip: Columbia, PA 17512

Telephone #:

**Please be advised that effective** immediatly**,
my (our) new mailing address and telephone number is:**

Name:                Stanford Wilson

Street:              1208 Rembrant Drive

City, State and Zip:   Lancaster,  PA  17603

Telephone #:

/s/ Stanford Wilson
Stanford Wilson
Debtor