# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re: Stanford Wilson
Debtor(s)

Case No.: 19-10423
Chapter: 13

## Notice of Change of Address

Debtor's Social Security Number: xxx-xx-6997

**My (Our) Former Mailing Address and Telephone Number was:**

Name: Stanford Wilson

Street: 188 Rembrant Drive

City, State and Zip: Lancaster  PA  17603

Telephone #:

**Please be advised that effective** immediately,
**my (our) new mailing address and telephone number is:**

Name: Stanford Wilson

Street: 709 Winterfield Road

City, State and Zip: Statesville, NC  28677

Telephone #:

/s/ Stanford Wilson
Stanford Wilson
Debtor