# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA
# READING DIVISION

IN RE:  CASE NO.: 19-10423-ref
Stanford Wilson,  CHAPTER 13
    Debtor.
_____/

## NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE THAT**, on behalf of U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE FOR CVI LCF MORTGAGE LOAN TRUST I ("Secured Creditor"), the undersigned hereby withdraws the following document:

**DE 18, Objection to Confirmation of Plan, filed on July 22, 2019.**

ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
Attorney for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-241-1969


By: /s/ Kevin Buttery
    Kevin Buttery, Esquire
    Bar Number 319438
    Email: kbuttery@rascrane.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 14, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

ALAINE V. GRBACH
ALAINE V. GRBACH, ESQUIRE
675 ESTELLE DRIVE
LANCASTER, PA  17601

STANFORD WILSON
4064 COLUMMBIA AVENUE
COLUMBIA, PA  17512

SCOTT WATERMAN
CHAPTER 13 TRUSTEE
2901 ST. LAWRENCE AVE.
SUITE 100
READING, PA  19606

U.S. TRUSTEE
UNITED STATES TRUSTEE
833 CHESTNUT STREET
SUITE 500
PHILADELPHIA, PA  19107

ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
Attorney for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-241-1969

By: /s/ Kevin Buttery
    Kevin Buttery, Esquire
    Bar Number 319438
    Email: kbuttery@rascrane.com