UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | | CHAPTER 13 |
| **STANFORD WILSON,** | : | |
| | : | CASE NO. 19-10423 |
| DEBTOR. | | |
| | : | |

CERTIFICATE OF NO RESPONSE WITH RESPECT TO
**APPLICATION FOR COMPENSATION**

I, Alaine V. Grbach, Esquire, hereby certify that the twenty one (21) days during which parties in interest had to answer or object to the above Application for Compensation and Reimbursement of Expenses, after service thereon, exclusive of the date of service, have expired and no answer or objection has been filed and/or served upon undersigned Applicant.

Respectfully submitted,

**DATED: March 5, 2020**          /s/ Alaine V. Grbach, Esquire
Alaine V. Grbach, Esquire
Counsel to Debtor
675 Estelle Drive
Lancaster, PA 17601
(717) 399-8420 - telephone
866-928-4707 - facsimile
I.D. No.: 45485