UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :

STANFORD WILSON

                                                                                                                    : Chapter 13

            Debtor(s)                          : Bankruptcy No. 19-10423AMC

ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is dismissed.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s) plan shall be refunded to the Debtor unless a party files a Motion for Alternative Disbursement within 21 days of the date of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby terminated and the employer shall cease wage withholding immediately.

**Date: March 9, 2020**                                                        BY THE COURT

                                                                                       Ashely M. Chan, B. J.

Interested parties:

Rolando Ramos-Cardona, Esq.
Scott F. Waterman, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

ALAINE V GRBACH ESQ
675 ESTELLE DRIVE - REAR
LANCASTER PA 17601-2129

STANFORD WILSON
4064 COLUMMBIA AVENUE
COLUMBIA, PA 17512