United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 19-10423-amc
Stanford Wilson                                                           Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: PaulP              Page 1 of 2           Date Rcvd: Mar 09, 2020
                              Form ID: pdf900          Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2020.
```
db           +Stanford Wilson,    709 Winterfield Road,    Statesville, NC 28677-2849
smg          +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
               Allentown, PA 18101-1603
smg           City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg          +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg          +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg          +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr            Fay Servicing, LLC,    PO Box 814609,    Dallas, TX  75381-4609
cr           +U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE,,    RAS Crane, LLC,
               10700 Abbott's Bridge Rd, Suite 170,    Duluth, GA 30097-8461
14262542     +Apex Asset Management,    Attn: Bankruptcy,    2501 Oregon Pike, Ste 201,
               Lancaster, PA 17601-4890
14262543     +I C System Inc,    Attn: Bankruptcy,    Po Box 64378,    St Paul, MN 55164-0378
14262545     +KML LAW GROUP, P.C.,    SUITE 5000 BNY MELLON INDEPENDENCE CENTE,    701 MARKET STREET,
               Philadelphia, PA 19106-1538
14262544     +Keystone Col,    220 North Duke Str,    Lancaster, PA 17602-2710
14276626     +Lancaster Gen Hospital,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,
               Dallas, TX 75380-0849
14317837     +U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE F,    701 Market Street,    Suite 5000,
               Philadelphia, PA 19106-1541
14276475      U.S. Bank Trust National Association,    Fay Servicing, LLC,    PO Box 814609,
               Dallas, Texas 75381-4609
14262546     +US BANK TRUST NATIONAL ASSOCIATION,    60 LIVINGSTON AVENUE,    Saint Paul, MN 55107-2575
14376479     +US Bank Trust National Association,    c/o KML Law Group, PC,    701 Market Street, Suite 5000,
               Philadelphia, PA 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 10 2020 03:03:09
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 10 2020 03:03:14     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr           +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 10 2020 02:50:17
               NCEP, LLC, c/o AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,
               Oklahoma City, OK 73118-7901
14294090     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 10 2020 03:09:32      Directv, LLC,
               by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14264736     +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 10 2020 03:09:43      NCEP, LLC,
               AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
14267052     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 10 2020 03:09:32      T Mobile/T-Mobile USA Inc,
               by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 9, 2020 at the address(es) listed below:
```
              ALAINE V. GRBACH    on behalf of Debtor Stanford  Wilson avgrbach@aol.com
              KEVIN M. BUTTERY    on behalf of Creditor    U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE FOR
               CVI XX MORTGAGE LOAN TRUST I kbuttery@rascrane.com
```

```
District/off: 0313-4          User: PaulP              Page 2 of 2                Date Rcvd: Mar 09, 2020
                              Form ID: pdf900          Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        LAUREN BERSCHLER KARL    on behalf of Creditor    U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE FOR CVI XX MORTGAGE LOAN TRUST I lkarl@rascrane.com,   lbkarl03@yahoo.com
        REBECCA ANN SOLARZ    on behalf of Creditor    U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE FOR CVI XX MORTGAGE LOAN TRUST I bkgroup@kmllawgroup.com
        ROLANDO   RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com
        SCOTT   WATERMAN    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFmail@fredreiglech13.com
        SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

                                                    TOTAL: 8

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| STANFORD WILSON | |
| | : Chapter 13 |
| Debtor(s) | : Bankruptcy No. 19-10423AMC |

ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is dismissed.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s) plan shall be refunded to the Debtor unless a party files a Motion for Alternative Disbursement within 21 days of the date of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby terminated and the employer shall cease wage withholding immediately.

**Date: March 9, 2020**

BY THE COURT

_____
Ashely M. Chan, B. J.

Interested parties:

Rolando Ramos-Cardona, Esq.
Scott F. Waterman, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

ALAINE V GRBACH ESQ
675 ESTELLE DRIVE - REAR
LANCASTER PA 17601-2129

STANFORD WILSON
4064 COLUMMBIA AVENUE
COLUMBIA, PA 17512